AO 91 (Rev. 10/95) Criminal Complaint

# **FILED**

OCT 2 2006

# **UNITED STATES DISTRICT COURT**

**EASTERN** DISTRICT OF **CALIFORNIA**

oOo

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



UNITED STATES OF AMERICA

v.

Michael Lee Braun

# **CRIMINAL COMPLAINT**

**2: 0 6 - MJ - 0 2 6 4** GGH

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief as follows: (Track Statutory Language of Offense)

‣ **Count 1.** On or about September 28, 2006, in the State and Eastern District of California, the defendant MICHAEL LEE BRAUN, did knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, a letter addressed to "serrano visitors center, 4525 serrano parkway, el dorado hills, ca," and having a return address "ken ely 2100 Q street, 321-1000, orangevale, ca 9/11/06," which contained a threat to injure the person of the addressee or of another, all in violation of Title 18, United States Code, Section. 876.

• **Count 2.** On or about September 28, 2006, in the State and Eastern District of California, the defendant MICHAEL LEE BRAUN, did knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, a letter, addressed to "serrano country club and golf, 5005 Serrano Parkway, el dorado hills, ca 95762," and having a return address "darrell walker 2100 Q street 321-1000, lincoln, ca 9/11/06," which contained a threat to injure the person of the addressee or of another, all in violation of Title 18, United States Code, Section 876.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

‣ **See attached affidavit.**

X Continued on the attached sheet and made a part hereof.

Signature of Complainant Timothy T. Lester
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____     at     Sacramento, California

Date                                                  City and State

GREGORY G. HOLLOWS
United States Magistrate Judge

Name and Title of Judicial Officer               Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND**

**ARREST WARRANT FOR MICHAEL LEE BRAUN**

I. Introduction

I, Timothy T. Lester, Special Agent (SA), Federal Bureau of Investigation (FBI), United States Department of Justice, having been duly sworn, do depose and state:

1. I have been a Special Agent of the FBI since January 1997. I was assigned to the White Collar Crime squad for the Sacramento Division from my arrival in Sacramento in May 1997 until October 2002, investigating primarily those matters involving public corruption and fraud. Since then, I have been assigned to the Domestic Terrorism squad, investigating primarily those matters involving weapons of mass destruction (WMDs), anarchists, and domestic terrorist groups/movements. My experience includes investigation of violations of the Biological Weapons (18 U.S.C. § 175(a)), Chemical Weapons (18 U.S.C. § 229(a)), Conspiracy (18 U.S.C. § 371), Program Fraud/Bribery (18 U.S.C. § 666), Mailing Threatening Communications (18 U.S.C. § 876(a)), Forfeiture (18 U.S.C. § 981), False Statements (18 U.S.C. § 1001), False Information and Hoaxes (18 U.S.C. § 1038(a)(1)), Mail Fraud (18 U.S.C. § 1341), Wire Fraud (18 U.S.C. § 1343), Honest Services Mail Fraud (18 U.S.C. § 1346), Witness Tampering (18 U.S.C. § 1512), Hobbs Act (18 U.S.C. § 1951), Money Laundering (18 U.S.C. §§ 1956 , 1957), Racketeering Influenced Corrupt Organizations (18 U.S.C. § 1962), and Use of a Weapon of Mass Destruction (WMD) (18 U.S.C. § 2332a) statutes. Additionally, I have assisted in other investigations of Title 21 matters (Drugs) and Title 26 matters (Tax).

1

1    2.    In my current position as a FBI agent, I am responsible
2  for, among other things, investigating criminal violations of
3  federal statutes, which include terrorism offenses.   Pursuant to
4  18 U.S.C. § 3052, I have statutory authority to apply for and
5  execute search warrants.   I have participated in at least 15
6  search warrants since being employed by the FBI.   As part of my
7  job, I investigate leads, interview witnesses, write reports, and
8  prepare cases for trial.

9    3.    I have had numerous hours of training in various
10  aspects of criminal investigation, weapons of mass destruction,
11  crisis management and response, and terrorism, including
12  attendance at the annual FBI WMD Coordinators' In-Service for the
13  past three years.

14    4.    I am the FBI case agent assigned to investigate the
15  current serial white powder WMD threat letter matter, and based
16  upon my investigation to date and information I have received
17  from other law enforcement officials, I have probable cause to
18  believe that the suspect in this case, MICHAEL LEE BRAUN
19  knowingly mailed threatening communications to several
20  individuals, including hoax WMD threat letters containing a
21  substance purported to be anthrax, toxic chemical poison,
22  radioactive dust, and/or improvised explosives.   Some of these
23  letters threatened the lives of U.S. Secret Service (USSS)
24  protectees (someone entitled to USSS protection), including the
25  President of the United States (POTUS) George Bush, the First
26  Lady Mrs. Laura Bush, Vice President of the United States
27  (VPOTUS) Richard Cheney, and Secretary of Defense (SECDEF) Donald
28  Rumsfeld.   The threatening communications were sent via United

2

1  States Postal Service Mail to various locations to include the
2  White House at 1600 Pennsylvania Ave, Washington, DC.

3      5.    I am working this investigative matter with USSS SA
4  James Maples and with U.S. Postal Inspector Anthony Wick.  During
5  the course of this investigation, I have obtained information
6  from them as well as others.  In this Affidavit, I have not
7  included all information known to me, but only what is necessary
8  to provide probable cause to support the requested warrants.

9      6.    This Affidavit is made in support of an application for
10 a criminal complaint and arrest warrant for MICHAEL LEE BRAUN,
11 date of birth November 19, 1954, residence address 8808 Minnie
12 Circle, Elk Grove, California 95624.

13                    **II.  Summary Statement**

14     7.    This investigation involves violations of various
15 federal statutes including Title 18 U.S.C. § 175(a) (Biological
16 Weapons Anti-Terrorism); 18 U.S.C. § 229(a) (Chemical Weapons
17 Convention); 18 U.S.C. § 871 (Threats Against the President); 18
18 U.S.C. § 876 (Mailing Threatening Communications); Title 18
19 U.S.C. § 1038(a) (False Information and Hoaxes), and 18 U.S.C. §
20 2332a (Threatened Use of a WMD).

21     8.    To date, 51 WMD threat letters have been mailed,
22 containing threats directed toward various victims including:
23 POTUS, VPOTUS, the U.S. Secretary of State (SECSTATE), a former
24 SECSTATE, SECDEF, former Deputy SECDEF, a U.S. Senator, two
25 current U.S. Congressmen, a former U.S. Congressman, several
26 mayors, county board supervisors, superior courts, Church of
27 Jesus Christ of Latter Day Saints (LDS) facilities, hotels, media
28 facilities, radio stations, radio and television personalities,

                              3

1  etc. Each of the letters contained a written threat, usually
2  death by some type of a WMD agent (anthrax, toxic chemical
3  poison, radioactive dust, or improvised explosives), and some
4  unknown, white, powdery substance, or items simulating a possible
5  letter/package improvised explosive device.

6  9. The initial investigation started in November 2001
7  following the receipt of two white powder (alleged anthrax)
8  threat letters sent via the U.S. mail, one to the U.S. Drug
9  Enforcement Administration (DEA), and one to Sutter Terrace
10 Dental. Both letters threatened that the powdery substance was
11 anthrax. Subsequently, in March 2003 and again in April 2003,
12 letter bomb threat letters were successfully mailed to Sutter
13 Terrace Dental in Sacramento. All four letters were postmarked
14 in Sacramento, California, and the intended victim was the same
15 person. Early on, MICHAEL LEE BRAUN was identified as the likely
16 suspect.

17 10. In late May 2005, USSS notified the FBI about six WMD
18 hoax threat letters sent via the U.S. mail to the following
19 people: POTUS (twice), VPOTUS (twice), SECDEF, and a former
20 Deputy SECDEF. All of the letters had names and return addresses
21 associated with either Sacramento, California and/or Elk Grove,
22 California. The first two letters were postmarked in San Diego,
23 California in March 2005, and the other four letters were
24 postmarked in Salt Lake City, Utah in April 2005. Each of the
25 letters contained an unknown, white, powdery substance and a
26 communicated threat. USSS personnel intercepted the letters
27 before they reached the intended targets.

28     11. In early June 2005, six more WMD hoax threat letters

4

1  were received by various governmental officials and the media in
2  the Sacramento area. All of these letters had similar return
3  address names and information, and all were postmarked in
4  Sacramento, California. Each of these letters also contained an
5  unknown, white, powdery substance and a communicated threat.

6      12. Since then, additional WMD threat letters were mailed
7  and postmarked as follows: four letters on August 8, 2005 from
8  Sacramento, California; four letters on September 9, 2005 from
9  Sacramento, California; five letters on December 1, 2005 from
10  Sacramento, California; three letters on January 3, 2006 from
11  Sacramento, California; three letters on March 7, 2006 from
12  Sacramento, California; four letters on March 28, 2006 from
13  Sacramento, California; two letters on May 10, 2006 from Salt
14  Lake City, Utah; two letters on May 17, 2006 from Sacramento,
15  California; three letters on June 6, 2006 from Sacramento,
16  California; three letters on August 14, 2006 from Sacramento,
17  California; and two letters on September 28, 2006. As of the
18  date of this Affidavit, there are a total of 51 WMD threat
19  letters associated with this case, including the original four
20  letters.

21      13. In June 2006, a new investigation was initiated.
22  During the course of the investigation, I discovered parallels
23  between the new investigation involving high-profile,
24  governmental figures as intended targets, and the previously
25  described matter involving WMD hoax threats using an unknown,
26  white, powdery substance and letter bomb threats. A review of
27  the previous case evidence revealed a similar writing style, use
28  of similar words, phrases, and/or symbols, and a unique

5

1  characteristic trait of writing on the inside of the envelope
2  flap.  The WMD threat letters contained some unknown powdery
3  substance and a written threat.  The type of white, powdery
4  substance contained in the envelopes was usually sodium
5  bicarbonate (baking soda).

6      14.  The investigation uncovered another seven non-WMD
7  threat letters, more appropriately described as libelous hate
8  mail, addressed to people in Sacramento or Elk Grove.  The first
9  one was postmarked in or about February 2004, and the most recent
10 one was postmarked in April 2006.  They appear to have been
11 created by the same person, and are related to the other
12 WMD-threat letters by similarities in writing style, words,
13 phrases, and/or symbols used.

14     15.  On September 28, 2006, FBI agents intercepted two more
15 WMD threat letters while surveilling BRAUN, making the total
16 count 51 to date.

17     16.  On September 29, 2006, I applied for and was granted a
18 court order authorizing me to search BRAUN'S SMUD work office,
19 residence, and car for evidence of the criminal activity outlined
20 in this Affidavit.  On September 29, 2006, while executing the
21 search warrants, FBI agents and other law enforcement officers
22 found in his residence and office evidence, as further described
23 below, of BRAUN's criminal activity.

24     17.  Based upon my investigation and the facts set forth in
25 this Affidavit, I believe that there is probable cause that
26 MICHAEL LEE BRAUN created and mailed the 51 WMD threat letters
27 plus the associated, non-WMD threat letters.

28     18.  Based upon the facts set forth herein, I believe that

6

1 it is necessary to obtain a criminal arrest warrant for MICHAEL
2 LEE BRAUN for violations of 18 U.S.C. § 876, mailing threatening
3 communications.

4 **III. Facts and Circumstances - MICHAEL LEE BRAUN**

5 19. Through the course of the investigation, I learned that
6 MICHAEL LEE BRAUN, born November 19, 1954 in Wisconsin, has an
7 undergraduate degree in Health Physics from the University of
8 Wisconsin, Madison, Wisconsin, a Master's of Science in
9 Radiological Physics from an unknown institution, and a Juris
10 Doctorate from the University of the Pacific, McGeorge School of
11 Law, Sacramento, California. In his primary profession, he is a
12 senior nuclear engineer, and he practices family law part time as
13 an attorney licensed by the State of California (Bar # 161507).

14 20. BRAUN is a full time employee of the Sacramento
15 Municipal Utility District (SMUD) and has been so employed since
16 July 9, 1984. He works in the quality assurance, licensing, and
17 administrative section at the now-decommissioned Rancho Seco
18 Nuclear Power Generating Station, Herald, California. Through
19 his profession, BRAUN is cognizant of cross-contamination issues,
20 especially those involving radiation.

21 21. BRAUN's normal weekly work schedule at Rancho Seco is
22 Monday through Thursday, 7 a.m. until 5 p.m.

23 22. BRAUN resides at 8808 Minnie Circle, Elk Grove,
24 California 95624. He has lived there since about 1992.

25 23. BRAUN is divorced from Susan Lynn Braun, a/k/a Susan
26 Lynn Ramirez. BRAUN and Ramirez have an adult daughter, Julia.

27 **IV. Facts and Circumstances - Barbara Andrea Smith**
28 24. The investigation identified Barbara Andrea Smith,

7

a/k/a Barbie Smith, a dental technician employed at the time at Sutter Terrace Dental, as an intended victim of the first four threat letters. She worked at both the 3001 P Street, Sacramento, California 95826, and the 100 Iron Point Road, Folsom, California locations. The Folsom office was first located at 6610 Folsom-Auburn Road, Folsom, California 95630 prior to the move to 100 Iron Point Road. In or about October 2000, Smith first met BRAUN while country line dancing. In early 2001, they exchanged telephone numbers and contact information and began to date casually. Smith was still married at the time and had two children, but was estranged from her husband, Michael Smith, a felon who was incarcerated on drug charges. Michael Smith was released from prison in or about June or July 2001. Smith told BRAUN that she intended to divorce her husband, but needed help doing so. BRAUN offered his legal services to Barbie Smith pro bono, and assisted her with the divorce paperwork and proceedings, even paying the requisite filing and service fees.

25. Barbie Smith viewed her relationship with BRAUN as a purely platonic one. She stated that they had gone out together on a few occasions, but just as friends, and that BRAUN wanted an intimate relationship. Smith was already romantically dating her neighbor, Jason Burriss, at the time, and claimed she was not interested in a relationship with BRAUN. BRAUN felt spurned by Barbie Smith's actions; however, he still maintained contact with Smith through the summer of 2001, occasionally sending her letters, cards, and photos.

26. On November 21, 2001, during a telephonic interview with FBI SA Michael Di Roma, Barbie Smith stated that earlier in

8

November, Burriss had received a telephone call at her apartment
in the afternoon. When Jason Burriss answered the call, a male
voice asked for Michael Smith. Burriss advised the caller that
Smith did not live there. Burriss noted the "caller ID"
indicated the call was from "SMUD". On November 13, 2001, at
1:51 p.m., another call was received at Smith's apartment wherein
a male voice asked for Michael Smith. Burriss again answered the
phone and stated that Smith did not live there. The caller asked
if he was speaking with "Rusty". Rusty is Barbie Smith's son,
who would have then been approximately 14 years old. Burriss
replied in the negative and said that he was the boyfriend of
Barbie Smith and that Michael Smith had not lived with her for
over two years. The caller asked several questions about Michael
Smith and how he could be contacted. Burriss asked the caller
for his name and asked why he was looking for Michael Smith. The
caller stated that it involved an insurance matter. The call was
terminated and the "caller ID" read "SMUD 452-1030". Smith said
that she and Burriss called that number, and it is the main
number for SMUD.

27. On September 26, 2006 and September 27, 2006, I spoke
with Eric Fritz, SMUD Program Manager for Telecommunications, who
advised that Ivy Robertson, another SMUD employee, confirmed that
(916)452-1030 was an active SMUD line in or about November 2001.
Fritz said that the number was used primarily as a "combined
billing" number for the 45 SMUD incoming and outgoing trunk
lines. As of 2003, SMUD switched carriers from Pacific Bell to
CALNET, thus inactivating (916)452-1030. The investigation has
shown that someone currently placing an outgoing telephone call

9

1 from a SMUD facility will have a "Caller ID" box indication of
2 "916-452-3211", the current SMUD main line.

3     28. Also during that telephonic interview on November 21,
4 2001 with SA Di Roma, Barbie Smith stated that she believed that
5 BRAUN may have been the caller and the writer of the alleged
6 anthrax letters. She believed that she was the common link in
7 the two letters. She explained that in February 2001, BRAUN
8 became a dental patient at the Folsom office where she was
9 employed, Sutter Terrace Dental, 6610 Folsom-Auburn Boulevard,
10 Folsom, California. When he showed up for his appointment, she
11 felt uncomfortable that he was there. After she sent BRAUN a
12 "Dear John" letter regarding her having a boyfriend, BRAUN made
13 his next dental appointment at the P Street office (3001 P
14 Street, Sacramento, California). Smith became aware of this
15 because the P Street office had requested his dental chart.
16 Smith pointed out to SA Di Roma that BRAUN possessed detailed
17 information regarding Michael Smith because in April 2001, he
18 assisted her in preparing her divorce papers, and had arranged
19 for Michael Smith to be served the papers when he was still in
20 jail.

21     29. Smith believed that BRAUN's "weird" behavior, coupled
22 with his knowledge of her place of employment (Sutter Terrace
23 Dental), the work addresses for both locations (P Street and
24 Folsom-Auburn Road and specifically the old address for the
25 Folsom location), knowledge of the detailed personal information
26 regarding Michael Smith and Jason Burriss, the anonymous calls
27 from "SMUD", and his predilection for letter writing, all make
28 her think that he may be the person responsible for the hoax

10

1  anthrax threat letters, and subsequently, the letter-bomb threat
2  letters.

3      30.  On February 18, 2006, I interviewed Barbie Smith and
4  learned that subsequent to my last conversation with her about
5  2.5 years earlier, Smith had not spoken to Braun and had not
6  received anymore threat letters, either at work or elsewhere.
7  Smith advised that she would periodically see BRAUN at Club Aqua
8  dance club and bar, and noted that both BRAUN and his girlfriend,
9  Carolyn Abeyta, would avoid eye contact with her.

## V.  **Facts and Circumstances - The Coworker**

11     31.  During the course of the investigation, I interviewed a
12  coworker of BRAUN.  This coworker occasionally engaged BRAUN in
13  conversation while at work.  During some of those conversations
14  in March 2003, BRAUN talked about his relationships with women,
15  most of which revolved around Barbie Smith.  BRAUN confided in
16  this person that following his failed marriage and divorce from
17  his wife Susan Lynn Ramirez, he (BRAUN) dated other women, but
18  felt he would never marry again.  However, after meeting Smith,
19  BRAUN felt differently, that he was once again ready for
20  marriage, and that Smith was the one he wanted to marry.

21     32.  BRAUN told the coworker he was not having a
22  relationship with Smith at that time; however, BRAUN implied that
23  he was still fixated on her.  BRAUN claimed the idea for his
24  prior breakup with Smith was his idea.  BRAUN claimed he dumped
25  Smith because she was using him, did not appreciate what he had
26  done for her, and was dating other guys.  BRAUN expressed feeling
27  hurt by her rejection.  BRAUN told the coworker he felt betrayed
28  by her, and said, "She didn't know what a good thing that she

11

1 had...." Based upon these statements, it appears that BRAUN was
2 infatuated with Barbie Smith.

3     33.  Additionally, during the March 2003 conversations,
4 BRAUN stated that he had occasionally run into Smith at dance
5 clubs, the most recent encounter having occurred in or about
6 mid-February 2003 at "the country bar."  BRAUN was there
7 line-dancing when he ran into Smith and talked to her outside the
8 bar.  BRAUN described the meeting as "cordial."  BRAUN told the
9 coworker he did not recognize Smith at first, because "she put on
10 some weight and looked awful."  BRAUN claimed that before that
11 recent encounter at the dance club, he (BRAUN) had last seen
12 Smith about one and one-half years prior.

13     34.  During an interview, Smith confirmed their encounter
14 and stated that BRAUN had asked her to dance, but she rebuffed
15 him.  This encounter between BRAUN and Smith occurred about two
16 weeks before the first letter-bomb threat letter was received at
17 Sutter Terrace Dental on March 5, 2003.

18     35.  During a conversation on March 12, 2003, BRAUN told
19 the coworker about a "strange incident" that occurred on the
20 previous Friday or Saturday morning.  BRAUN explained that he had
21 a girl over to the house the evening before, and she had spent
22 the night with him.  He woke up to find two paper plates stapled
23 together and placed on his front lawn.  Thinking the plates were
24 for her, this girl went outside and picked up the plates and
25 brought them into the house.  When she brought the package into
26 the house, BRAUN became extremely distressed and upset with the
27 woman.  BRAUN was concerned that the plates might have contained
28 "anthrax" and told her he wanted to call the police and the bomb

12

1  squad. She opened the paper plates and found a compact disc
2  inside, which she kept. However, BRAUN had her put the plates
3  back outside on the porch, where they remained for an indefinite
4  period of time. On the afternoon of Friday, June 13, 2003, U.S.
5  Postal Inspector MacMillan and I attempted to contact BRAUN at
6  his residence, and observed two white paper plates on the front
7  lawn, adjacent to the front porch.

## VI. Facts and Circumstances - Susan Lynn Braun

9      36. On June 10, 2003, U.S. Postal Inspector MacMillan and I
10  interviewed BRAUN's ex-wife, Susan Braun. Susan Braun advised
11  that BRAUN was an emotionally unstable individual with a
12  controlling personality. Susan said that BRAUN was prone to
13  verbal outbursts whenever his decisions or judgment were
14  questioned. Additionally, BRAUN had called his wife and daughter
15  "a slut" on numerous past occasions. Susan Braun was shown
16  pictures of the first four WMD (hoax anthrax and letter bomb)
17  threat letters mailed by the perpetrator. Susan Braun stated
18  that the language used in some of the addressing by the
19  perpetrator was similar to the way MICHAEL BRAUN would speak to
20  her.

## VII. Facts and Circumstances - Lisa Lent

22      37. Lisa and Bob Lent own the property upon which the Lent
23  Ranch Marketplace is scheduled to be constructed. Lisa Lent has
24  been the target of several libelous and threatening (non-WMD
25  threats) letters, the first of which was sent in or about
26  November 2001. To date, the investigation has identified seven
27  slanderous letters mailed. These particular letters were mailed
28  starting in or about March or April 2004 to various entities and

13

persons in the Elk Grove community area, including Sacramento
City Hall and Elk Grove High School. Each contained a common
form letter that appeared to have been created on a word
processing device, possibly a computer, and then printed. The
form letters stated: "LISA LENT IS A WHORE FOR THE M&H
DEVELOPERS." They included Lisa Lent's address and telephone
number, and were most often signed with the name "Dan Briggs."
Additionally, the letters asked for campaign contributions to
Briggs election campaign. The envelope of the letter sent to Elk
Grove High School had the hand-printed message, "LISA LENT'S
DAUGHTER TAKES COCK IN ASS. FUCK YOU" in the flap of the
envelope.

38. In December 2000, BRAUN had written two letters to the
Elk Grove City Planning Commission with regard to the proposed
Lent Ranch Marketplace (LRM) development project, Environmental
Impact Report (EIR). In these letters, he refers to the entity
"M&H," which Lent identified as the realty company associated
with the Lent Ranch property development. Additionally, in the
letters, BRAUN communicated his intense opposition to the LRM
development project for a variety of reasons, including traffic
flow problems, citizen safety, fiscal impacts, etc. BRAUN even
spoke before the Elk Grove Planning Commission on February 8,
2001. Lisa Lent recalled BRAUN had testified that he was
resident of Elk Grove, was a SMUD employee at the Rancho Seco
facility, had a degree in nuclear physics, and was a nuclear
engineer. BRAUN testified that the proposed site of the Elk
Grove shopping mall was too close to the Suburban Propane Liquid
Petroleum Gas facility, and that an explosion at Suburban Propane

14

1  would level the mall.  BRAUN listed several other reasons why the
2  mall should not be built at that proposed location.

3       39.  Lent believed that Braun may have been a member of the
4  South County Citizens for Responsible Growth group that opposed
5  the development project.

6       40.  Lent advised that she knows BRAUN lives in the Elk
7  Grove area, and has frequently seen him jogging up and down the
8  frontage roads alongside Highway 99, and in other parts of Elk
9  Grove.  BRAUN often jogs past the Lent Ranch, but has not stopped
10 by in front of the house.

11      41.  Lent advised that she never had any direct contact with
12 BRAUN.  She only saw him at the LRM development public meetings
13 or jogging, but never spoke with him.  BRAUN has never been to
14 the Lent Ranch property or house.

15 **VIII.  Facts and Circumstances - Forensic Testing**

16      42.  I submitted most of the available case evidence and
17 several known writing samples for BRAUN to the California
18 Department of Justice (CALDOJ), Bureau of Forensic Services
19 (BFS), Questioned Documents (QD) Section for analysis.  The
20 results cf the QD analysis were inconclusive in that BRAUN could
21 have been the writer, but they could not say for sure.  Most of
22 that evidence was subsequently submitted to the CALDOJ BFS Latent
23 Fingerprints and DNA Sections for further forensic analysis.  As
24 of the date of this Affidavit, forensic testing for these letters
25 did not yield identifiable latent fingerprints or DNA.  Much like
26 the letters from the previous case, they were clean.  BRAUN'S
27 known fingerprints (10 card) are maintained on record with CALDOJ
28 due to BRAUN's membership in the California Bar Association.

15

1 Additionally, his fingerprints are also on record with the FBI
2 CJIS due to his background check for a security clearance
3 required to work at a Nuclear Regulatory Commission-licensed
4 facility (SMUD Rancho Seco Nuclear Generating Facility #1).
5 BRAUN's fingerprints were compared to the few latent fingerprints
6 lifted from the various pieces of evidence submitted.

7   43.   BRAUN works in a now-decommissioned, but once
8 operational nuclear power plant, and is therefore cognizant of
9 cross-contamination issues.  Based upon the lack of forensic
10 evidence, I believe that during the process of constructing the
11 threat letters, the serial threat letter sender uses gloves to
12 handle the envelopes and tweezers to handle the stamps.

13   44.   On three separate occasions, agents recovered latex
14 gloves, having what appeared to be some unknown powdery substance
15 on them, from BRAUN's trash receptacle located on the street.
16 The first one was recovered on October 12, 2005; the second on
17 August 16, 2006; and the third on September 27, 2006.  August 16,
18 2006 was the next trash day following the mailing of three WMD
19 threat letters postmarked in Sacramento, California on August 14,
20 2006.  As of the date of this Affidavit, the gloves have not been
21 submitted for further forensic testing to determine the identity
22 of the unknown powdery substance.

23   45.   Generally speaking, the sender usually uses a plain
24 white, #10 business envelope and white 8.5" x 11" copier paper
25 with no watermarks or other indicators.  The sender hand-prints
26 the threat letters, generally using uppercase block letters and a
27 black ball-point pen.  The sender usually uses self-adhesive
28 First Class U.S. Postage stamps, and frequently affixes the

16

stamps either upside down or sideways. The envelopes also contain hand-written addresses (both to and return) and sometimes have commentary written on the back of the envelope or inside the flap, such as "Support the Troops" or "Contribution Enclosed." The envelope flaps are not licked, and DNA testing has not yielded usable results.

## IX. Facts and Circumstances - USSS FSD QD Branch Handwriting Exam

46. USSS Forensic Services Division (FSD), Questioned Documents (QD) Branch issued two handwriting exam reports, one on March 6, 2006, and the other one on April 25, 2006. USSS, FSD, QD Branch conducted a forensic analysis of 15 WMD threat letters affiliated with the investigation for letters that were in their possession. The focus of the analysis was to determine whether any of the questioned documents were of common authorship and whether BRAUN was the author. Both reports had similar conclusions, which were that "there is some evidence to indicate that BRAUN (S-1) may have executed the questioned material (lower case hand printing).... However, the evidence is far from conclusive."

## X. Facts and Circumstances - NCAVC Analysis

47. In April 2006, I sent a request to the FBI National Center for the Analysis of Violent Crime (NCAVC), Behavioral Analysis Unit - 1 (BAU-1) requesting a review and profile of the perpetrator. FBI Supervisory Special Agent (SSA) Shawn F. Van Slyke, undertook an Authorial Attribution Project, that is, a project designed to assess the documents for common authorship from a stylistics and a content analysis perspective, in an

17

1 attempt to determine, in this case, if the questioned documents
2 were all authored by the same individual, and whether Braun was
3 the author of these questioned documents. SSA Van Slyke produced
4 a report with his opinion that it is "Very Highly Probable" that
5 each of the threatening communications were authored by the same
6 individual, and that MICHAEL LEE BRAUN is the author of the
7 questioned documents. This is based on numerous grammatical
8 features found in both sets of documents, as well as other
9 circumstantial evidence uncovered during this investigation.
10 Note: This is based on a scale of "No Association," "Possible,"
11 "Probable," "Highly Probable," "Very Highly Probable," and "With
12 a Probability Bordering on Certainty."

13 48. SSA Van Slyke advised that the initial letters (2) in
14 this series were postmarked November 6, 2001 and November 19,
15 2001, contained white powder, and made reference to "anthrax."
16 It is significant to recall the climate of fear and apprehension
17 that existed in our country at that time, following the September
18 11, 2001 terrorist attacks and the subsequent deaths stemming
19 from the actual anthrax mailings in October 2001. Both envelopes
20 had identical return address information which identified
21 "michael smith" as the sender, with the letters going to the
22 local DEA office and Barbara Smith's workplace. These facts are
23 most significant when viewed in the context of the status of the
24 relationship between BRAUN and Barbara Smith at that time,
25 including BRAUN'S own admissions that he was upset with Smith
26 during the summer of 2001, had come to the realization that he
27 was being "used" by Smith for legal services for which he was not
28 compensated or reimbursed, and that it was a "very emotional"

18

time for him. Also, BRAUN had become suspicious of Smith in April of 2001 because of her "casual attitude toward drugs" and the fact that her husband Michael Smith was incarcerated on drug charges. Even more compelling is Smith's recollection of two telephone calls into her residence which occurred in early November of 2001, in which the male caller spoke to Smith's then boyfriend and asked questions about how to reach Michael Smith. The caller ID information from these two calls indicated SMUD (BRAUN'S workplace). These circumstances, when viewed in totality, suggest that BRAUN was experiencing difficulties in dealing with the animosity he felt toward Smith during the time frame during which the initial two letters were mailed.

49. The next batch (2) of letters, postmarked March 1, 2003 and April 15, 2003, are both letter bomb/death threats addressed to Barbara Smith's workplace. The April 15, 2003 envelope references "big hair barbie doll" and "barbie trailer trash smith." Again, viewing these letters in the context of the status of the relationship between BRAUN and Barbara Smith, BAU-1 personnel noted BRAUN's admission that he saw Smith out at a dance club in early 2003 and didn't recognize her at first, as she had changed her hair style and color, and "may have had breast implants." Smith's recall of this meeting is also quite insightful, as she was surprised that BRAUN's female companion came over to her at BRAUN's direction and initiated an awkward conversation which revealed that BRAUN still had feelings for Smith. Again, these circumstances are suggestive of BRAUN's difficulties in dealing with a reminder of the animosity he felt toward Smith occurring in close proximity to the time frame

19

1 during which this second batch of two letters were mailed.

2     50. The FBI interviewed BRAUN regarding these initial four
3 threat letters on June 16, 2003, and advised him that he was
4 their prime suspect in this matter. Agents also told BRAUN to
5 stop sending threatening letters, and thereafter no additional
6 letters in this series focused on Barbara Smith.

7     51. The next "batch" of letters that SSA Van Slyke opined
8 to be part of the series anonymously authored by BRAUN were
9 apparently not sent until 2004. Significantly, six of these
10 letters were related to the Lent Mall expansion issue that BRAUN
11 had previously addressed via his known letters of protest (in
12 which he used his true name) sent to the Elk Grove Planning
13 Commission in December of 2000, which are addressed below.

14     52. Thematically, these letters are very similar to the
15 majority of the questioned documents. These known documents are
16 separate but similar letters, protesting the proposed Lent Mall
17 expansion, prepared and mailed by BRAUN using his true name in
18 December of 2000. While not containing any threatening language,
19 these two letters are written in a contemptuous and condescending
20 tone. In fact, BRAUN's frequent use of rhetorical questions in
21 these letters is viewed by BAU-1 personnel as an extremely
22 aggressive form of communication. BRAUN's true name protest
23 letters are also replete with references to fiscal
24 responsibility-related issues, including allegations of
25 financially-motivated corruption, corporate greed, and
26 "cheapness." The true name letter that BRAUN sent to Barbara
27 Smith in June 2001 is also replete with allegations of financial
28 mismanagement (e.g., failure of the church to "give back" money,

20

1  unreasonable material demands from BRAUN's daughter Julie, and
2  the thousands of dollars that were "missing" and blamed by BRAUN
3  on his ex-wife).

4       53.  According to BAU-1, the anonymous author of the
5  questioned documents is also expressing his anger over perceived
6  injustices being perpetrated by various public and private
7  figures/entities.  The grievances appear to be primarily
8  financially motivated, with the main issue being the money wasted
9  by lazy, dishonest, and unintelligent individuals, who for the
10 most part are public officials.  The themes and style remain
11 consistent, while the issues shift from the Lent mall expansion
12 to U.S. foreign policy, with an obvious grievance with the
13 Sacramento Fire Department being intertwined.

14      54.  In rendering this opinion, BAU-1 personnel also placed
15 major significance on the compelling nature of the circumstantial
16 evidence related to the three separate mailings that were
17 postmarked from outside of Sacramento, each of which the
18 investigation has documented as being sent from a locale to which
19 BRAUN had traveled for business purposes during the same time
20 frame as the mailings.

21      55.  TEXTUAL ANALYSIS:  Initially, it is important to
22 understand the mind set of an anonymous author of a
23 criminally-oriented communication.  It is BAU-1's experience that
24 the anonymous author of one or more threatening communications
25 has two (sometimes three) primary goals.  The first goal is for
26 his/her victim to be appropriately frightened, harassed,
27 intimidated, and/or inconvenienced.  The second,
28 equally-important goal is for the author to remain unidentified.

21

Within the four corners of a threatening communication, the experience of the BAU-1 suggests that an anonymous author will put significant thought and effort into achieving both of these goals. The third goal, fortunately not occurring often, is for the threat to be carried out against the victim.

56. According to BAU-1, to a certain degree, any competent person can disguise his or her linguistic habits. When attempting to conceal identity, especially for criminal purposes, an author may write anonymously or pseudo-anonymously, insert deliberate misspellings, disguise handwriting, utilize different forms of transposing words to paper, plant misinformation, employ some or all of the above, or employ other methods to disguise identity. However, it is much easier for an anonymous writer to insert mistakes or idiosyncratic linguistic markers that he or she does not normally make than to suppress those idiosyncratic linguistic markers that derive from a lifetime of habitual use.

57. The BAU-1 opines that BRAUN was especially vigilant in his efforts to disguise his identity and remain anonymous. The limited amount of text contained in the threatening letters makes the authorial attribution process more difficult. However, there are a few common linguistic features, which are detailed as follows:

* MICHAEL BRAUN's known writings include a reference to "They don't care about saving open lands for our children" in the first true name letter he sent to the Planning Commission. The questioned documents include the phrases "THANKS FROM GRANDCHILDREN", and "FUCK OUR GRANDKIDS..." or "fuck our grandkids...."

22

1 * MICHAEL BRAUN makes reference to "greed" and "greedy pigs" in
2 the first true name letter, while the author of the questioned
3 documents uses the phrase "GREEDY PIG" as well as the terms
4 "greedy" and "pig" separately.

5   58.   These few common linguistic features, when viewed in
6 conjunction with the compelling nature of the surrounding textual
7 and circumstantial evidence outlined above, are the basis of SSA
8 Van Slyke's opinion that it is Very Highly Probable that all of
9 the threatening communications were authored by the same
10 individual, and that MICHAEL LEE BRAUN is that author.

11  **XI.   Facts and Circumstances - BRAUN Out of Town Travel**

12   59.   BRAUN occasionally travels for personal business and
13 pleasure.   According to BRAUN's time and attendance records at
14 SMUD, BRAUN had taken two "Personal" days off work in March 2005
15 - Thursday, March 17, 2005 and Monday, March 21, 2005, bracketing
16 his normal days off work (Friday, Saturday, and Sunday).   He then
17 traveled to San Diego, California.   A review of the credit card
18 records and hotel receipts indicates BRAUN stayed at the Holiday
19 Inn, Mission Bay, San Diego.   The first WMD threat letters were
20 mailed to POTUS and VPOTUS from San Diego.   The letters were
21 postmarked Saturday, March 19, 2005 from San Diego, California.
22 BRAUN was in the San Diego at that time, and credit card records
23 show him checking out of the hotel on Monday, March 21, 2005.

24   60.   BRAUN occasionally travels for official business.   A
25 review of SMUD's time and attendance records shows BRAUN had
26 traveled on official business to Salt Lake City, Utah in April
27 2005, when four WMD threat letters were mailed, one each to
28 POTUS, VPOTUS, SECDEF, and the former Deputy SECDEF.   The four

23

1 threat letters were postmarked on April 11, 2005. BRAUN departed
2 Sacramento, California on April 10, 2005 and returned on April
3 15, 2005. He stayed at the Embassy Suites Hotel, Salt Lake City,
4 Utah.

5 61. BRAUN had traveled to Salt Lake City, Utah in May 2006,
6 from May 8, 2006 through May 10, 2006, when two more WMD threat
7 letters were mailed from Salt Lake City. One letter became stuck
8 in the mail processing and sorting machine and was discovered
9 prior to postmarking. The other letter, addressed to a U.S.
10 Congressman from California, was successfully processed, shipped,
11 and received on the east coast. It was intercepted by U.S.
12 Capitol Police prior to delivery. The envelope was postmarked
13 May 10, 2006 in Salt Lake City, Utah.

14 **XII. Facts and Circumstances - BRAUN in Town**

15 62. BRAUN lives in Elk Grove, California, in the Sacramento
16 area. I have reviewed BRAUN's SMUD Time and Attendance records,
17 as well as his available credit card statements, and his official
18 travel documents. When the threat letters postmarked in
19 Sacramento, California were mailed, BRAUN was physically in the
20 Sacramento area and not out of town, and thus able to have mailed
21 then. All mail for the Sacramento region, including Elk Grove
22 and Sacramento, is processed at the U.S. Postal Service, West
23 Sacramento Processing and Distribution Center. All mail
24 processed at that location will bear a postmark of "Sacramento
25 CA."

26 **XIII. Facts and Circumstances - The Interview and The Game**
27 63. On June 16, 2003, U.S. Postal Inspector Matthew
28 MacMillan and I interviewed BRAUN at his place of work. During

24

1  the interview, I showed BRAUN copies of the four threat letters
2  and asked him what information he had regarding them. I asked
3  him if he ever used manila clasp 6" x 9" envelopes, like the ones
4  used to mail the two letter bomb threat letters to Sutter Terrace
5  Dental. BRAUN said no. When I showed him two letters that he
6  had sent to Barbie Smith in the summer of 2001, each of which was
7  mailed in a similar type envelope he became silent. BRAUN
8  claimed he had no knowledge of the threat letters.

9      64.  During the interview, BRAUN told us that he had
10  encountered Barbie Smith at a dance club in mid-February 2003.
11  He stated he almost did not recognize Smith since she had
12  drastically changed her hair style and possibly had breast
13  implants.

14      65.  I offered BRAUN the opportunity to take a polygraph
15  exam to exclude him from the list of possible suspects, and he
16  declined the offer.  BRAUN never made an attempt to end the
17  interview and leave, even when confronted with accusatory
18  statements regarding his involvement in the matter.

19      66.  At the conclusion of the three-hour interview, I
20  advised BRAUN that he remained my number one suspect in the
21  threat letter case, and warned him that should Barbie Smith be
22  the recipient of more threat letters either at work or home, I
23  would be coming back to further investigate him.

24      **XIV.  Facts and Circumstances - The Game**

25      67.  I believe the perpetrator views mailing the WMD threat
26  letters as a game.  In a WMD threat letter addressed to Paul
27  Wolfowitz, former Deputy SECDEF, and postmarked in Sacramento,
28  California on September 9, 2005, the letter included the

25

statement "... F.B.I. – fat, bigots, incompetent..." written in the diatribe, obviously attempting to attract the attention of the FBI, and most probably myself, to pursue him.

68. In a WMD threat letter addressed to Honorable Dan Lungren, U.S. Congressman, California, the letter included the statement "... Worthless Drew Parenti..." written in the diatribe. Drew Parenti is the current FBI Special Agent in Charge of the Sacramento Division. Again, an attempt to draw attention to his letters.

**XV. Facts and Circumstances - The Deception**

69. On June 13, 2003 and at my direction, Barbie Smith placed several recorded telephone calls to BRAUN in hopes of eliciting a confession from him. I supervised the consensual recording and reviewed the transcripts and noticed that BRAUN denied his involvement and attempted to divert the conversation. BRAUN never asked Smith what the threatening letters said or why she categorized them as "threatening." Additionally, when told by BARBIE that the "FBI had been knocking on her door" and the fire department coming to her office in response to receipt of the letters, BRAUN never asked her what was in the letter or why these agencies were involved. He just simply denied knowing anything about it.

**XVI. Facts and Circumstances - The Correlations**

70. BRAUN's known writings have distinct similarities to some of the anonymously-written, suspicious letters. In December 2000, BRAUN had written two letters to the Elk Grove Planning Commission regarding the proposed construction of a new open-air mall called Lent Ranch Marketplace. His letter referenced "RE:

26

LENT MALL EIR MONSTROSITY - STOP THE LENT MALL SPRAWL." He signed the letters with his true name. In those letters, he expressed his dislike of and opposition to the multi-million dollar construction project. Those letters were compiled into the EIR for that project. Additionally, he used the term "greedy pigs" in both letters, a term used in several of the initial WMD threat letters received in 2005. He wrote about traffic jams, specifically using the phrase "traffic sucks." He also wrote about "the M&H greed" and "the dopey EG council." On February 8, 2001, BRAUN even attended an open public hearing on the Lent Ranch Marketplace project and spoke out on the record against its construction.

71. I believe the WMD threat letters that have been postmarked in Sacramento, CA have been mailed from the Elk Grove, Laguna, Galt, or Herald, California areas. The U.S. Post Office generally transports the combined mail from those areas to the West Sacramento Processing and Distribution Center on one truck. On June 6, 2006, three more WMD threat letters were postmarked in Sacramento. During the course of the investigation, I interviewed U.S. Post Office employees who advised that the three letters were processed at about the same time. The sequence numbers for the letters showed they were very close. A review of U.S. postal truck arrival times showed that the truck servicing the Elk Grove, Laguna, and Galt locations was most probably carrying the three threat letters.

72. BRAUN was deeply affected by the death of his father on August 1C, 2001, as evidenced by his statements to Barbie Smith in the letters which Smith had provided to agents. On August 8,

27

2005, four WMD threat letters were mailed from Sacramento, California, and on August 14, 2006, three WMD threat letters were mailed from Sacramento, California. I believe the timing of these mailings closely corresponds to the anniversary of BRAUN's father's death.

73. On August 14, 2006 and again on August 15, 2006, I reviewed the historical track obtained from a "slap on," battery-operated global positioning tracker. I observed a track indicating that BRAUN had gone to the Laguna Gateway Center shopping mall, E. Stockton Boulevard, Elk Grove, California arriving at approximately 8:17 p.m. and departing at approximately 9:29 p.m. BRAUN parked in the vicinity of a blue postal box located directly in front of The UPS Store at 9141 E. Stockton, Boulevard in Elk Grove, California. I believe BRAUN conducted surveillance of the box and then mailed the letters under the cover of darkness.

74. The concept of making campaign contributions was used in the seven non-WMD threat letters, and similarly repeated in several of the WMD threat letters. In particular, the non-WMD libelous letters contained a computer generated form letter which asked for donations to Elk Grove City Councilman Dan Briggs' election campaign as a part of that form letter. Specifically, it stated: "... P.S. If you're able to assist my campaign, please use the enclosed envelope! Dan Briggs for Elk Grove · 5050 Laguna Blvd., Suite 286 · Elk Grove, CA 95758". The writer of several of the WMD threat letters enclosed a U.S. $1 bill and wrote on the outside of the envelope the following words, "Campaign Contribution Enclosed" or "Payment Enclosed" or

28

1 "Katrina Contribution Enclosed". Dan Briggs is currently an Elk
2 Grove City Councilman and is up for re-election on the November
3 ballot.

4     75. I believe that the writer of the non-WMD letters and
5 BRAUN are one and the same, and that BRAUN used a computer to
6 create and later modify the form letters libelous toward Lisa
7 Lent. In BRAUN's two letters to the Elk Grove City Planning
8 Commission regarding the Environmental Impact Report for the LRM
9 development project, BRAUN talked about how "traffic sucks." In
10 a libelous letter sent to Paula and Frank Maita of Elk Grove,
11 California, postmarked in Sacramento, California on April 8,
12 2006, the writer modified the computer generated form letter by
13 removing the previously used signature block and replacing it
14 with the following handwritten statement: "Signed, TRAFFIC JAM
15 Briggs the COWARD. CC: RESTY MANAPAT 6831029". Both letters
16 emphasized traffic concerns and issues.

17     76. Similar writing styles and characteristics such as
18 including telephone numbers and names in the return addresses, or
19 associating names and concepts by using writing that resembled
20 Scrabble® or crossword-type puzzles were evident in four of the
21 non-WMD, libelous letters and a few of the WMD threat letters,
22 which leads me to believe that the writer of the non-WMD letters
23 and the WMD threat letters are one and the same. In letters, the
24 writer includes a sequence of numbers, purportedly telephone
25 numbers, associated with the name or names listed on the return
26 addresses. Additionally, both the WMD and non-WMD threat letters
27 occasionally contained writing on the inside envelope flap. Some
28 of the WMD and non-WMD threat letters contained writing that

29

1 | resembled Scrabble® or crossword puzzle type writing on them,
2 | indicating that the words were interconnected through their own
3 | letters.

**XVII. Facts and Circumstances - The Communicated Threats**

77. POTUS was the target of several WMD threat letters with similar type threats and anti-Iraq war rhetoric. As a sampling, one such letter mailed to POTUS postmarked March 7, 2005, read, in pertinent part: "poison; fuck our grandkids; $8.3 trillion debt; draft dodgers bush cheney; [swastika type symbol]; KKK".

78. VPOTUS was also the target of several WMD threat letters with similar type threats and anti-Iraq war rhetoric. As a sampling, one such letter mailed to VPOTUS postmarked January 3, 2006, read, in pertinent part: "HOMOSEXUALITY IS ANTI BIBLE; CHENEYS' QUEER DAUGHTER MUST DIE!; DIE QUEER!; CHRISTIAN COALITION; 'FUCK OUR GRANDKIDS; DUMP THE EIGHT TRILLION DOLLAR ON THEM.' GEORGE JR. BUSH". The back side of the letter read: "POISON; ROB WILLIAMS WAR WIMP".

79. Congressman John T. Doolittle of California, was the target of several WMD threat letters with similar type threats and anti-Iraq war rhetoric. As a sampling, one such letter mailed to Congressman John Doolittle postmarked March 7, 2006, read, in pertinent part: "fuck our grandkids; death powder; [swastika type symbol]; KKK; $8.3 trillion national debt; republican bridges to nowhere; draft dodger coward doolittle cheney bush rumsfield (sic) wolferwitz (sic)".

80. VPOTUS came to Sacramento on May 22, 2006 for a fundraising event for Congressman Doolittle held at the Hyatt Regency Sacramento Hotel. On May 18, 2006, the Doubletree Hotel

30

1 and the Hyatt Regency Sacramento Hotel both received WMD threat
2 letters, postmarked in Sacramento, California on May 17, 2006.
3 Both threat letters were exactly the same and were a photocopy of
4 an original (no further information available on the whereabouts
5 of the original). The letter read, in pertinent part: "FUCK OUR
6 GRANDKIDS; $9 TRILLION CHENEY NATIONAL DEBT; REPUBLICAN TAX CUT
7 FOR MILLIONAIRE DRAFT DODGERS CHENEY, CHENEY'S FAG DAUGHTER;
8 IRAQ; DEBTS FOR KIDS; [a swastika type symbol]; KKK; YOU DIE;
9 POISON".

10    81.   Following VPOTUS visit to Sacramento, on June 7, 2006,
11 the Hyatt Regency Sacramento Hotel received a second WMD threat
12 letter postmarked in Sacramento on June 6, 2006.  The letter
13 read, in pertinent part:  "FUCK OUR GRANDKIDS; $9 TRILLION
14 REPUBLICAN DEBT; HYATT IS A PROSTITUTE FOR DRAFT DODGER CHENEY;
15 TAX CUT FOR MILLIONAIRES; DEATH TO HYATT EMPLOYEES; 09 11 06;
16 IRAQ WAR; HARIET (SIC) MEYERS; NEW ORLEANS; BRIDGES TO NOWHERE;
17 SPYING ON AMERICA; AL QUODA (SIC); DEATH POWDER".  The back side
18 of the letter read:  "JUDITH POXON; 3 30 06; SAC BEE".

19    **XVIII.  Facts and Circumstances - BRAUN Surveillance**

20    82.   On September 28, 2006, FBI agents watched BRAUN leave
21 his residence, driving his 2005 Honda, California license plate
22 5LBG785, at approximately 6:39 a.m.  BRAUN drove south on
23 California Highway 99 to Twin Cities Road.  BRAUN traveled
24 eastbound on Twin Cities Road and stopped at the Raley's
25 Marketplace strip mall located at 10430 Twin Cities Road.  He
26 parked near the east side of the strip mall near a store called
27 Village Work Gear, 10434 Twin Cities Road, Suite 10, Galt,
28 California.  Agents have reviewed a poor quality videotape from

31

the Raley's Market that shows a white sedan resembling BRAUN's
vehicle entering the parking lot at approximately 6:53 a.m. and
departing at approximately 6:55 a.m. Agents observed BRAUN's
vehicle enter the parking lot and then lost visual contact with
him for less than one minute. Agents regained visual contact and
observed BRAUN's vehicle parked at the location described above
and witnessed BRAUN as he approached and re-entered his vehicle.
Agents could not see his hands and therefore could not determine
if he was carrying anything. BRAUN had parked his car about 30
feet from a pair of gray colored U.S. Post Office Neighborhood
Delivery Container Box Units (NDCBUs). Each unit has 13
incoming, one outgoing, and one package delivery slots. The
incoming mail delivery slots are keyed and are assigned to the
various businesses in the strip mall. The outgoing slot in each
NDCBU is open to the public for access to drop outgoing mail.
When agents regained visual contact with BRAUN, he was returning
to his car from the direction of the mail boxes.

83. Agents followed BRAUN as he left the Raley's parking
lot and continued eastbound to SMUD Rancho Seco, BRAUN's
workplace. They saw BRAUN turning into the facility at about
7:10 a.m. A short time later, agents observed a paper towel on
the dash of the car, presumably used to drop the letters.

84. Some of the surveillance team members remained at the
mail box location and secured the boxes, allowing nobody else
access to the box. The U.S. Postal Inspection Service was
notified, and they dispatched a U.S. Postal Service employee with
a key from the Galt Post Office to the location to open the box.
FBI SA Sheldon Fung, the leader of the surveillance team,

32

1  observed the postal employee as he opened the box.  SA Fung
2  observed several letters in the right NDCBU, but only two letters
3  in the outgoing slot of the left NDCBU.

4      85.  Postal Inspector Anthony Wick took control of the mail
5  from the right NDCBU, consisting of seven letters mailed from two
6  individuals based upon the return addresses on the mailed
7  documents, and will make contact with each of the people listed
8  on the return addresses.  Hazardous Materials (HAZMAT)
9  technicians took possession of the two suspicious letters from
10 the left NDCBU for transport to the laboratory for bio-threat
11 screening.  One letter (the top letter in the box) was addressed
12 as follows (verbatim):

13      Serrano country club + golf

14      5005 serrano parkway

15      el dorado hills, ca 95762

16      The return address for the top letter was as follows
17 (verbatim):

18      darrell walker

19      2100 Q street

20      321-1000

21      lincoln, ca

22      9/11/06

23      The second letter in the box (located under letter one) was
24 addressed as follows (verbatim):

25      Serrano visitors center

26      4525 serrano parkway

27      el dorado hills, ca

28      The return address for the bottom letter was as follows

33

1   (verbatim):

2       ken ely

3       2100 Q street

4       321-1000

5       orangevale, ca

6       9/11/06

7       86.   Both envelopes contained a single sheet of plain white

8   8.5" x 11" paper tri-folded with the handwritten word as follows

9   (verbatim):

10      FUCK OUR

11      GRANDKIDS

12      $9 TRILLION

13      REPUBLICAN DEBT

14      TAX CUTS FOR mILLIONARE

15      TRILLIONS WASTED ON

16      IRAQ KATRINA TAX CUTS

17      BRIDGES TO NOWHERE

18      DRAFT DODGER CHENEY

19      BUSH WOLFIWICH (SIC) GAY DAUGDTER (SIC)

20      DOOLITTLE

21      YOU DIE [A BASTARDIZED SWASTIKA] POISON

22      87.   The letters are duplicates and appear to be photocopies

23  of an original handwritten letter as some of the edges of the

24  letters on the page appear to be missing.

25      88.   Each envelope was a plain, white #10 business envelope

26  and contained an unknown, white, powdery substance and three

27  paper-shafted match heads.  Preliminary laboratory testing of the

28  substance indicates the substance was probably sodium bicarbonate

34

1  or baking soda, consistent with the findings from previous WMD
2  threat letters mailed by the serial threat letter writer.

3  89. Both letters are stamped with a First Class U.S. Postal
4  stamp affixed properly in the upper right corner of the envelope.

5  90. Agents later observed the video footage at Raley's
6  Marketplace covering the front of the store including the
7  check-out counters, the entrances, and the front and back parking
8  lots on the exterior of the store for the time period when BRAUN
9  was observed by agents in the parking lot. Agents did not see
10  any images of BRAUN having made entry into the Raley's
11  Marketplace. Agents noted that the Raley's Marketplace and the
12  gas station on the corner were the two businesses closest to
13  where BRAUN and his vehicle were observed in the parking lot.
14  The two businesses located immediately adjacent to the NDCBUs
15  (mail boxes) did not open until 9:00 a.m.

16  **XIX. Facts and Circumstances - BRAUN Residence Trash Cover**

17  91. On September 27, 2006, I recovered several items from
18  BRAUN's trash, which was deposited into his trash receptacle
19  located on the street. One item was a color-brochure advertising
20  for Serrano in El Dorado Hills. The advertisement had the
21  toll-free telephone number of 800-866-8786 and the website
22  address of www.serranoeldorado.com. I believe BRAUN researched
23  the Serrano Country Club and Visitors' Center addresses via the
24  Internet for use in preparing tne letters he dropped into the
25  mail box on September 28, 2006. Another item recovered from the
26  trash was a pair of latex-type gloves, possibly containing some
27  unknown powdery substance on the surface of the glove.
28  Additionally, I found in the trash an empty matchbook with

35

business advertising written on the outside, which had originally contained paper-shafted matches; however, I did not recover or save the matchbook. Also the paper-copy, printed results of Internet searches on country line dancing locations in the Los Angeles area was discarded in the trash and recovered by me. BRAUN recently traveled to Los Angeles, from September 17 to September 22, 2006, and while in Los Angeles, was observed by Los Angeles FBI agents visiting dance clubs during after-work hours.

## XX. Controlled Mailing - Invite to Doolittle Fundraiser

92. On September 25, 2006, I obtained an invitation letter from the Doolittle campaign headquarters inviting participation at Congressman Doolittle's fundraising event, scheduled for Tuesday, October 3, 2006 at the Serrano Country Club Clubhouse, El Dorado Hills, California. POTUS is scheduled to attend and deliver a speech. I personally addressed the invitation to BRAUN at his Elk Grove residence. I then walked the invitation through the U.S. Post Office processing and hand delivered it to the U.S. Postmaster, Elk Grove Post Office, for delivery by the carrier the next day. On September 26, 2006, in the early evening, FBI agents on surveillance observed BRAUN retrieve his mail from his mail box located on Minnie Circle and walk into the house with it. Presumably the invitation was with his mail.

## XXI. Success of Search Warrant

93. On September 29, 2006, I applied for and was granted a court order authorizing me to search BRAUN's SMUD work office, residence, and car. On September 29, 2006, in the early evening, FBI agents, Secret Service agents, U.S. Postal Inspectors, members of the FBI Joint Terrorism Task Force (JTTF), and other

36

1 state and local law enforcement officers executed the search
2 warrants at BRAUN's SMUD office, residence, and car.

3     94.  In the residence, agents observed the Doolittle
4 fundraiser invitation on BRAUN's kitchen counter along with latex
5 gloves, cotton gloves, and baking soda powder. Agents located a
6 manila folder under the bathroom sink of the downstairs half-
7 bath.  Contained within the folder was an original threat letter
8 containing language consistent with letters previously sent by
9 the author of the earlier white powder, WMD threat letters.
10 Additionally, the writing style and symbols used by the writer
11 were similar, if not exactly like those in previous letters,
12 specifically the swastika-type symbol, and the letters "KKK".
13 The language in the letter started off with words to the effect,
14 "FUCK OUR GRANDKIDS... $9 TRILLION NATIONAL DEBT... DRAFT DODGERS
15 BUSH DOOLITTLE CHENEY... POISON.  YOU DIE"  Also enclosed in the
16 same manila folder were 11 photocopies of this original document.

17     95.  At the residence, agents also located plain white
18 copier paper, plain white #10 business envelopes, and stamps
19 consistent with those used in previously mailed threat letters,
20 including the two letters retrieved from the mail box in the
21 Raley's Marketplace strip mall, Galt, California, on September
22 28, 2006.

23     96.  At BRAUN's office, agents discovered a 35 millimeter
24 film canister containing white powder similar to the white powder
25 contained in the letters retrieved from the mail box in the
26 Raley's Marketplace strip mall, Galt, California, on September
27 28, 2006.

28     97.  BRAUN was present during the execution of the search at

37

1  his residence. I invited BRAUN to talk with me, and he freely
2  accepted. During our interview, he denied responsibility for
3  involvement with the threat letters, but later said words to the
4  effect, "I never intended to hurt anyone."

## XXII. Conclusion

6      98.  Therefore, based upon all the foregoing facts, I have
7  probable cause to believe that MICHAEL LEE BRAUN is the
8  perpetrator who mailed the two threat letters, containing the
9  white powdery substance on September 28, 2006, in violation of 18
10 U.S.C. § 876 (Mailing Threatening Communications).

11     99.  I declare under penalty of perjury under the laws of
12 the United States of America that the foregoing is true and
13 correct to the best of my knowledge and belief.

*100 ₩*

Timothy T. Lester
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me this 30th day September, 2006.

HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

24  * ATTACHED TO AND INCORPORATED HEREIN TO THE
25  IS THE BRAWN LETTER MATRIX 1. THIS MATRIX
26  CONTAINS A LISTING OF ALL KNOWN LETTERS AND
27  THE ASSOCIATED THREATS. ↓↓↓↓↓↓

38

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY HALL<br>ATTN: MARTY TUTTLE<br>915 I STREET<br>SACRAMENTO, CA | LEE SALO<br>8758 VIA ALTA WAY<br>ELK GROVE<br>VERN GOEHRING<br>687-7804 | Marty Tuttle | Saturday, April 10, 2004 | Sacramento, CA | Unknown | #10 Business: plain white | Handwritten on the front by someone else:<br>"[1416 L STREET 300<br>SACRAMENTO, CA 95814]" | None | Handwritten on inside of envelope:<br>"DUMMY DAN BRIGGS TAKES BRIBES AND FUCKS HIS DAUGHTER.<br>DAN BRIGGS IS A COWARD, HE FUCKS LISA LENT'S DAUGHTER." | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6786<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br><br>Dan Briggs for Elk Grove - 5050 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | H | N |
| SUSAN WALDRON<br>9801 AMENITY COURT<br>ELK GROVE 95624 | TOM RUTSCH<br>DAVID DAHLQUIST 685-1634<br>ANITA JOSEPH<br>BARBARA THOMAS 689 6318<br>VERN GOEHRING<br>687-7784 | Susan Waldron | Thursday, April 01, 2004 | Sacramento, CA | Unknown | #10 Business; plain white | None | None | Handwritten on inside of flap and envelope:<br>P<br>U<br>COWARD DAN BRIGGS<br>S<br>Y<br><br>LAP DOG FOR DEVELOPERS | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6786<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br><br>Dan Briggs for Elk Grove - 5050 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | H | N |
| ELK GROVE HIGH<br>9800 ELK GROVE-FLORIN<br>ELK GROVE CA 95624 | CALVINE HIGH<br>8333 VINTAGE PARK<br>SACRAMENTO CA | Elk Grove High School | Friday, September 23, 2005 | Sacramento, CA | Unknown | #10 Business; plain white | None | None | "LISA LENT'S DAUGHTER TAKES COCK IN HER ASS. FUCK YOU!" | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6786<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br><br>Dan Briggs for Elk Grove - 5050 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | N | N |
| TERRYL WHEAT<br>C/O GABRIEL BAIRD<br>9281 OFFICE PARK CIRCLE<br>SUITE 100<br>ELK GROVE, CA 95758 | ELLIOT LUBERS<br>ELK GROVE<br>684-4155 | Terryl Wheat | Unknown | Sacramento, CA | Unknown | #10 Business, plain white | None | Unknown | None | Computer generated, typed form letter which read:<br>"LISA LENT [' s daughter <--(handwritten)]<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6786<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br><br>Dan Briggs for Elk Grove - 5050 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | N | N |
| mel dogs café<br>9766 waterman road<br>elk grove, calif | dan briggs<br>5050 laguna blvd<br>elk grove, calif. | Mel Dogs Café | Unknown | Sacramento, CA | Unknown | #10 Business; plain white | None | None | None | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6786<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br><br>Dan Briggs for Elk Grove - 5050 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | N | N |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mal dogs café<br>9766 waterman<br>elk grove | mark fowler<br>steve barnett 684 0348<br>marcelo jimenez | Mal Dogs Café | Friday, February 27, 2004 | Sacramento, CA | Unknown | #10 Business; plain white | None | None | Handwritten statement which read: "ass due briggs big dope coward briggs" | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6788<br><br>Sincerely,<br>[a signature]<br>Dan Briggs<br>Mayor Pro Tem, Elk Grove City Councilman<br><br>P.S. If you're able to assist my campaign, please use the enclosed envelope!<br>Dan Briggs for Elk Grove - 5550 Laguna Blvd., Suite 286 - Elk Grove, CA 95758" | N | N |
| PAULA FRANK MAITA<br>9080 ELK GROVE BOULEV<br>ELK GROVE 95624 | WILLIAM CROWL<br>8849 NEMEA WAY<br>ELK GROVE 95624<br>689-2657 | Paula & Frank Maita | Saturday, April 08, 2006 | Sacramento, CA | Unknown | #10 Business; plain white | None | None | None | Computer generated, typed form letter which read:<br>"LISA LENT<br>IS A<br>WHORE<br>FOR THE<br>M&H<br>DEVELOPERS<br><br>LISA LENT 10550 West Stockton blvd 95624<br>685-6788<br><br>(The following was handwritten) Signed,<br><br>TRAFFIC JAM Briggs the COWARD<br><br>CC: RESTY MAMAPAT 8871029" | N | N |
| us drug enforcement admin 1860 howe avenue suite 250 sac, calif 95825 | michael smith<br>6047 main street<br>no 21<br>orangevale, calif<br>95662 | U.S. Drug Enforcement Agency, Sacramento | Monday, November 05, 2001 | Sacramento, CA | Tuesday, November 06, 2001 | #10 Business; plain white | None | None | Handwritten inside flap:<br>"anthrax" | None | Y | Y |
| sutter terrance<br>3001 P str<br>sac, cal 95816 | michael smith<br>6047 main street<br>#21<br>orangevale, calif<br>95662 | Sutter Terrace Dental | Monday, November 19, 2001 | Sacramento, CA | Tuesday, November 20, 2001 | #10 Business; plain white | None | None | Handwritten inside flap:<br>"anth" | None | Y | Y |
| sutter terrance 3001 P street<br>sacramento, cal 95825 | barbie barbie barbie smith<br>greedy fat faced slut<br>6610 folsom auburn road<br>folsom, cal 95630 | Barbie Smith | Saturday, March 01, 2003 | Sacramento, CA | Wednesday, March 05, 2003 | 9"x6"; manila w/ clasp | None | None | None | A plain white #10 business envelope was contained inside with the following writing on the front: "letter bomb"; and on the back "you die"<br><br>Also contained within this envelope were several binder clips, paper clips, and broken ink pen cylinders. | N | Y |
| SUTTER TERRANCE<br>3001 P STR<br>SACRAMENTO, CALIF<br>95816 | EDS<br>2917 ORANGE GROVE<br>SAC, CALIF | Barbie Smith | Unknown (Presumed 04/2003) | Sacramento, CA | Tuesday, April 15, 2003 | 9"x6"; manila w/ clasp | None | None | None | A plain white #10 business envelope was contained inside with the following writing on the front:<br>"barbie trailer trash smith<br>old forey punkin head<br>6610 folsom auburn road<br>folsom calif 95630<br><br>bomb for you<br>From<br>Big hair barbie doll";<br><br>and on the back: "death; [a drawing of a face with an X through it]; :-8?"<br><br>Also contained within this envelope were several binder clips, paper clips, and pencil erasers. | N | Y |
| V.P. DICK CHENEY<br>1600 PENNSYLVANIA AVENEU<br>WASHINGTON, DC 20003 | FIRE CHIEF CHERRY<br>SACRAMENTO FIRE<br>DEPARTMENT<br>SACRAMENTO CALIFORNIA | Richard Cheney, Vice-President | Saturday, March 19, 2005 | San Diego, CA | Monday, April 04, 2005 | #10 Business; plain white w/ weave pattern | None | None | Handwritten inside envelope under flap area: "$7.5 TRILLION DEBT FOR GRANDCHILDREN" | Lined white 8.5"x11" sheet of paper which read on the front:<br>"ANTHRAX; DIE; [a swastika type symbol]; KKK; THANKS FROM GRANDCHILDREN" | Y | Y |
| GEORGE BUSH<br>1600 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20003 | BOB THOMAS<br>CITY MANAGER<br>UNION REP FIREMEN<br>SACRAMENTO CA | George W Bush, President | Saturday, March 19, 2005 | San Diego, CA | Thursday, April 14, 2005 | #10 Business; plain white w/ weave pattern | Hand stamped: "RECEIVED MAR 29 2005" and "RECEIVED DAMAGED" | None | Embossed inside of envelope under flap area:<br>"Park Ridge™ 11134 by Quality Park"<br><br>Handwritten inside envelope under flap area: "$7.5 TRILLION DEBT FOR GRANDCHILDREN" | Lined white 8.5"x11" sheet of paper which read on the front:<br>"POISAN ANTHRAX; THANKS FROM GRANCHILDRAN" | Y | Y |
| vice president dick head cheney<br>1600 pennsylvania avenue<br>washington, dc | mike leary<br>8400 laguna palms way<br>vern gosling 687 7704<br>elk grove, ca 95624 | Richard Cheney, Vice-President | Monday, April 11, 2005 | Salt Lake City, UT | Monday, April 18, 2005 | #10 Business; plain white | None | None | None | Lined white 8.5"x11" sheet of paper which read on the front:<br>"death; get out IRAQ; radioactive dust; [a bastardized radiation symbol or a frowning face]" | Y | Y |
| paul wolfowitz<br>deputy sec of defense<br>1600 pennsylvania ave<br>washington, dc | john danielson<br>8400 laguna palm way<br>vern gosling 687 7704<br>elk grove, ca 95624 | Paul Wolfowitz, Former Deputy Secretary of Defense | Monday, April 11, 2005 | Salt Lake City, UT | Tuesday, April 19, 2005 | #10 Business; plain white | None | None | None | Lined white 8.5"x11" sheet of paper which read on the front:<br>"anthrax; anthrax[swastika]; anidubhra[swastika]" | Y | Y |
| president george bush<br>1600 pennsylvania avenue<br>washington, dc | jim cooper<br>8400 laguna palms way<br>vern gosling<br>elk grove, ca 95624 | George W. Bush, President | Monday, April 11, 2005 | Salt Lake City, UT | Wednesday, April 20, 2005 | #10 Business; plain white | None | None | None | Lined white 8.5"x11" sheet of paper which read on the front:<br>"death; [a swastika type symbol]; Get OUT IRAQ; poison to you; KKK" | Y | Y |
| secretary of defense rumfield<br>1600 pennsylvania avenue<br>washington dc | fire chief cherry<br>sacramento, california | Donald Rumsfeld, Secretary of Defense | Monday, April 11, 2005 | Salt Lake City, UT | Wednesday, April 27, 2005 | #10 Business; plain white | On the address to, the name "rumfield" was added with a different color ink. | None | None | Lined white 8.5"x11" sheet of paper which read on the front:<br>"anthrax; [a swastika type symbol]; fuck; u; KKK; out IRAQ"<br><br>And on the back: "anthrax" | Y | Y |
| james mcclatchy<br>sacramento bee<br>2100 Q<br>sacramento | captain brian rice<br>sacramento metro fire dept<br>rich fire<br>greedy gang leader<br>needs money for pom ball | James McClatchy, Publisher | Tuesday, May 31, 2005 | Sacramento, CA | Wednesday, June 01, 2005 | #10 Business; plain white | None | None | Handwritten on envelope in area under the flap:<br>"poison; you die; [a swastika type symbol]; sacramento bee; pawn for fire dept" | Plain white 8.5"x11" sheet of paper with handwritten word "death" in the top center of the page | Y | Y |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| das voted sacramento board of supervisors 524 8th Street sacramento, CA | caption bias line should read "reflections on the supervisors the day higher are to the public" | Don Noriff, Supervisor County Supervisor | Tuesday, May 31, 2005 | Sacramento, CA | Wednesday, June 01, 2005 | 8½ Business, plain white | None | Handwritten on envelope in area where the flap "(when): envelope type correctly 50% / fold handwritten greatly" | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| sacramento board of supervisors 524 8th Street sacramento, CA | | Dan Noriff, Sacramento County Supervisor | Tuesday, May 31, 2005 | Sacramento, CA | Wednesday, June 01, 2005 | 8½ Business, plain white | None | And on the inside of the flap "Yes" day 2 months typewriting contribution? | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| Another large 24709 7th Street sacramento, CA | Capitol Dan Bias line should read "reflections the supervisors" Sacramento | Dan Noriff, Sacramento County Supervisor | Tuesday, May 31, 2005 | Sacramento, CA | Wednesday, June 02, 2005 | 8½ Business, plain white | None | And on the inside of the flap "Yes in pkg. $6215 org envel. "length, address to the artist" | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| 8110 street sacramento, CA | capitol Municipal Bias should read correctly gets the priority going typewriting staffing | Shawn Coffy, Commissioner, Sacramento | Tuesday, May 31, 2005 | Sacramento, CA | Thursday, June 02, 2005 | 8½ Business, plain white | None | And on the inside of the flap "yes in envelope type correctly typewriting staff" 16th lines ctrs. $106,202 marr. odor- years for the artist" | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| 8110 street sacramento, CA | capitol lease line supervisors reads the day red has tip items bias should be read on the flap | Superior County Supervisor 3D | Tuesday, May 31, 2005 | Sacramento, CA | Friday, June 03, 2005 | 8½ Business, plain white | None | And on the inside of the flap "yes in envelope type correctly typewriting staff" 'yrites day 3 "form ctr entabk bgless $106,202 org" | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| 225 St Street sacramento, CA | party hall staff members reads 'the flap not correctly typewriting staff, california | Superior County Supervisor 3D | Thursday, May 26, 2005 | Sacramento, CA | Monday, June 06, 2005 | 8½ Business, plain white | Used and reused with red ref. 7-24 H None | And on the inside of the flap "Yes! typewriting correctly" type staff" | Particular 8½ x 11" sheet of paper with handwritten word "Staff" in the top center of the page | Y |
| was all green capitol unknown 34 grass 45055 | no reply with Glenn Bias reason reads all grass 34035 | Seattle Schwimer, Mayor 3rd Street | Monday, August 08, 2005 | Sacramento, CA | Wednesday, August 10, 2005 | 8½ Business, plain white | None | Handwritten on back of envelope "handwritten contribution" | Plain white sheet of stationery paper with handwritten message "When the envelope is first minds read "Honor-to the pkg." | Y |
| President George BUSH 1600 Pennsylvania ave Washington DC | THE PRESIDENTIAL CENTRAL SCHOOL DISTRICT 4435 west avenue ketridge, CA | George W. Bush, President | Monday, August 08, 2005 | Sacramento, CA | Monday, August 15, 2005 | 8½ Business, plain white | None | Handwritten on back of envelope "typewritten contribution" | And the message on the back also read: "THE CHILD AUTHORS(whereon) PAY PACKAGE" | Y |
| US SENATE 327 Pennsylvania ave Senate office CO-1 WASH. DC 4 | world reasoner TRUSTEE central high school district 4435 west avenue Whittington, CA | Richard Cheney, Vice President | Monday, August 15, 2005 | Sacramento, CA | Tuesday, August 16, 2005 | 8½ Business, plain white | None | Handwritten on back of envelope "typewritten contribution" | Plain white sheet of stationery paper with handwritten message on front which read: "WHEN FOR SACRAMENTO DAY DOE PKG. THEN SATISFY PKG WIN PAY PACKAGE Satin-Singer derive Shaper ctrl on chunk. Child my o a m y s d fany | Y |
| Special President ruled Packaging President unknown 1600 pennsylvania avenue Washington, DC | Donald Bernstall, Secretary of Defense | Monday, August 08, 2005 | Sacramento, CA | Wednesday, September 14, 2005 | 8½ Business, plain white | None | Handwritten on back of envelope "contribution" | Plain white sheet of stationery paper with handwritten message on front which read All girls to the child "stop you • • • yang' c yang 'fold you All the message on the back also read: "this Chicago - the convert and adopter to the volunteers. | Y |
| Vice president cheney 1600 pennsylvania ave Washington DC | brittany reasonwell team 84 grass CA | Richard Cheney, Vice President | Friday, September 09, 2005 | Sacramento, CA | Wednesday, September 14, 2005 | 8½ Business, plain white | None | Handwritten red letters, well dummy team count naught to key (15 volunteers typed, 1 story to fl. fanny grass | Y |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assistant secretary of defense | both terms...wrote...perfect sense/will grow, ca | Paul Butterbach, James Chisato Secretary of Defense | Friday, September 09, 2005 | Sacramento, CA | Thursday, September 15, 2005 | 8th Summit, plain white | Spot stamped with black ink: "DELIVERED BY 14 SEC'Y" | Handwritten on back of envelope: "Aware for hurricane victims" | And the message on the back also read: "Aware victims/ I'm the hero" | Plain white sheet of stationery paper with handwritten message on front which read... | ✓ | |
| | whatever doorprize sladymore Sacramento, ca | Donald Rumsfeld Secretary of Defense | Friday, September 09, 2005 | Sacramento, CA | Thursday, September 15, 2005 | 8th Summit plain white | Hand stamped with black ink: "DELIVERED BY 14 SEC'Y" | Handwritten on back of envelope: "Aware for hurricane victims" | None | Plain white sheet of stationery paper with handwritten message on front which read... | ✓ | |
| | the card same card sacramento on upon the | Car Cheard, LTGEN | Friday, September 09, 2005 | Sacramento, CA | Sunday, September 18, 2005 | 8½ x 11 business plain white | Hand stamped with black ink: "UNLIVERED BY 14 SEC'Y" | Handwritten on back of envelope: "Aware for hurricane victims" | None | Plain within sheet of stationery paper with handwritten message on front which read: "ANTHRAX, YOU DIE" | ✓ | |
| | JFPM ATTN: MARK WILLIAMS 1140 STRAIN AVE BLDG 28 SACRAMENTO CA 95825 | Mark Williams, Audie personnel/a | Thursday, December 07, 2006 | Sacramento, CA | Friday, December 02, 2005 | Pierced envelope, plain white | None | None | None | Plain white 8½ x 11 sheet of paper with handwritten message on front... "ANTHRAX, YOU DIE"... | ✓ | |
| | PENTAGON WASH, DC | | | | | | | | | | ✓ | |
| | JFPM ATTN: JANE CAVIN SACRAMENTO REMIT #45 LISTERNHALL MALLSTROM SACRAMENTO CA 95825 | Phill Provost Judy Runk Doris Eaton Dolly personnel affairs | Thursday, December 20, 2005 | Sacramento, CA | Tuesday, November 08, 2005 | 8½ business plain white | None | None | None | Plain white 8½ x 11 sheet of paper with handwritten message... "ANTHRAX, YOU DIE"... | ✓ | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MR. RICHARD CHENEY<br>VICE PRESIDENT<br>LOCAL 822<br>WASHINGTON, DC | Mrs. Richard Cheney | Thursday, December 29, 2005 | Sacramento, CA | Wednesday, December 27, 2005 | Personal envelope, plain white | None | None | Palm white 8.5"x11" sheet of paper with handwritten message on front which read: "NATIONAL DUTY NOW BY TRILLION NATIONAL DEBT. FLICK OUR GRANDKIDS! MORE FOR DEBT!" | ✓ |
| FIRST LADY<br>WASHINGTON, DC | | | | | | | | | ✓ |
| MICHAEL LEVY<br>ELK GROVE, CA | Mrs. Michael Levy | Thursday, December 29, 2005 | Sacramento, CA | | | None | | | ✓ |
| SECRETARY OF DEFENSE<br>DONALD RUMSFELD<br>LOCAL 822<br>WASHINGTON, DC | Donald Rumsfeld<br>Secretary of Defense | Thursday, December 29, 2005 | Sacramento, CA | Friday, December 30, 2005 | Personal envelope, plain white | None | "CRIMINAL PRISON YOUR PAY ALL" | Palm white 8.5"x11" sheet of paper with handwritten message on front | ✓ |
| PETER LEDERMAN WILLIAMS<br>1446 ETHAN WAY<br>SACRAMENTO, CA 95825 | Peter Williams, Radio | Tuesday, January 10, 2006 | Sacramento, CA | Thursday, January 26, 2006 | BTS Business, plain white | None | None | Palm white 8.5"x11" sheet of paper with handwritten message on front | ✓ |
| FREE COORDINATOR<br>1888 (address)<br>Washington, DC | George W. Bush,<br>President | Tuesday, January 10, 2006 | Sacramento, CA | Tuesday, January 10, 2006 | BTS Business, plain white | Handwritten on the front:<br>"FIREFIGHTER MONEY FOR VICTIMS" | None | Palm white 8.5"x11" sheet of paper with handwritten message on front | ✓ |
| CAPT DONAH RICE<br>SAC CHILD WATCHERS 822<br>SACRAMENTO | | | | | | | | | ✓ |
| ROSE M RICE<br>NON MILITARY<br>6040 MADISON AVE<br>SACRAMENTO | Richard Cheney, Vice President | Tuesday, January 10, 2006 | Sacramento, CA | Thursday, January 12, 2006 | BTS Business, plain white | Handwritten on the front:<br>"Promise No Labor is made" | None | Palm white 8.5"x11" sheet of paper | ✓ |
| | John Christie, U.S. Congressman | Tuesday, January 10, 2006 | Sacramento, CA | Wednesday, January 18, 2006 | BTS Business, plain white | None | Handwritten on back of envelope | | ✓ |
| FRED COORDINATOR<br>1333 (address) BUSH<br>WASHINGTON, DC 20500 | George W. Bush,<br>President | Tuesday, March 27, 2006 | Sacramento, CA | Monday, March 13, 2006 | BTS Business, plain white | None | Handwritten on back of envelope:<br>"SUPPORT THE TROOPS" | Palm white 8.5"x11" sheet of paper with handwritten message on front | ✓ |
| 4100 Adams Blvd<br>Sacramento, CA | Doug Ose, Former U.S. Congressman | Tuesday, March 27, 2006 | Sacramento, CA | Friday, March 24, 2006 | BTS Business, plain white | None | Handwritten on back of envelope:<br>"SUPPORT THE TROOPS" | Palm white 8.5"x11" sheet of paper with handwritten message | ✓ |
| ALLMAN MARSH<br>P.O. GX 10079<br>SACRAMENTO, CA 95813 | HFBP, Human Personnel | Tuesday, March 29, 2006 | Sacramento, CA | Wednesday, March 29, 2006 | BTS Business, plain white | None | Handwritten on back of envelope:<br>"SUPPORT THE TROOPS" | | ✓ |
| JOHN DE BOCK<br>ALLMAN MARSH<br>P.O. GX 10079<br>SACRAMENTO, CA 95813 | ALLMAN MARSH | | Sacramento, CA | Wednesday, March 29, 2006 | None | None | Handwritten on back of envelope:<br>"SUPPORT THE TROOPS" | | ✓ |

| Org | Address | Name | Title | Date | Date | City | Envelope | Handwriting | Message |
|---|---|---|---|---|---|---|---|---|---|
| AARP<br>Office of Executive Director<br>601 E STREET NW<br>WASHINGTON, DC 20049 | GLENDA MARSH<br>11 GEORGE<br>P.O. BOX 13729<br>SACRAMENTO, CA 95853 | AARP Executive Director | Tuesday, March 21, 2000 | Friday, March 17, 2000 | Sacramento, CA | 810 Business plain white | None | Handwritten on back of envelope "SUPPORT THE TROOPS" | |
| HONORABLE TED STEVENS<br> SENATE OFFICE BLDG.<br>HART SENATE OFFICE BUILDING<br>WASHINGTON, DC 20510 | GLENDA MARSH<br>11 GEORGE<br>P.O. BOX 13729<br>SACRAMENTO, CA 95853 | Ted Stevens, Senator | | Tuesday, March 28, 2000 | Sacramento, CA | 810 Business plain white | None | | |
| HONORABLE ORRIN HATCH<br>SENATE OFFICE BLDG.<br>112 HART SENATE OFFICE<br>WASHINGTON, DC | ORRIN HATCH<br>SENATE OFFICE BLDG.<br>SALT LAKE CITY, UTAH | No Postmark | | Sat Lake City, UT | | 810 Business plain white | | | |
| HONORABLE DAN LUNGREN<br>SUITE, CALIFORNIA<br>WASHINGTON, DC | KEITH GREENBERG<br>SUITE, CALIFORNIA (DNC)<br>SALT LAKE CITY, UTAH<br>84103 | Dan Lungren, US<br>Congressman | | Saturday, May 20, 2000 | | 810 Business plain white | None | | |
| DOUBLETREE HOTEL<br>2001 POINT WEST WAY<br>SACRAMENTO, CA 95815 | ANNA B STONE<br>9048 B STONE<br>ROSEVILLE, CA 95661 | Doubletree Hotel Staff | | Wednesday, May 17, 2000 | Sacramento, CA | 810 Business plain white | None | Handwritten inside the envelope | |
| HYATT REGENCY<br>1999 L STREET<br>SACRAMENTO, CA 95814 | ANNA B STONE<br>9048 B STONE<br>ROSEVILLE, CA 95661 | Hyatt Regency Hotel Staff | | Wednesday, May 17, 2000 | Sacramento, CA | 810 Business plain white | None | | |
| HYATT REGENCY<br>1999 L STREET<br>SACRAMENTO, CA 95814 | TED STEVENS<br>911 BLAKE BOULEVARD<br>DAVIS, CA 95616 | Hyatt Regency Hotel Staff | | Wednesday, June 07, 2000 | Sacramento, CA | 810 Business plain white | None | | |
| AARP MEMBERSHIP<br>LONG BEACH, CA 99999 | TED STEVENS<br>3814 HARTS BUILDING<br>WASHINGTON, DC 20510 | AARP Personnel | | Tuesday, June 06, 2000 | Sacramento, CA | 810 Business plain white | None | | |
| KPIK<br>ATTN: TIM BRAUN<br>1440 ETHAN WAY<br>SACRAMENTO, CA 95825 | TED STEVENS, REPUBLICAN<br>911 BLAKE BLVD.<br>DAVIS, CA 95616 | Tim Sullivan, Radio<br>personality | | Monday, April 10, 2000 | | | None | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CHURCH OF JESUS CHRIST 4876 MYRTLE AVE SACRAMENTO CA 95841 | JOHN DOOLITTLE 2301 CANNON OFFICE WASHINGTON, DC 20048 | LDS CHURCH | Monday, August 14, 2006 | Sacramento, CA | #10 Business plain white | None | | None | None | ✔ |
| CHURCH OF JESUS CHRIST STAKE PRESIDENT 4176 SAN JUAN AVE FAIR OAKS, CA | JOHN DOOLITTLE 8511 STREET SACRAMENTO, CA | LDS CHURCH | Monday, August 14, 2006 | Sacramento, CA | #10 Business plain white | None | | None | None | ✔ |
| CHURCH OF JESUS CHRIST 7B1 ISD TELIPA AVE SACRAMENTO, CA 94605 | JOHN DOOLITTLE 1130 O STREET FRESNO, CA | LDS CHURCH | Monday, August 14, 2006 | Saturday, September 09, 2006 | #10 Business plain white | None | | None | None | ✔ |
| | | LDS CHURCH | Tuesday, August 15, 2006 | #10 Business plain white | None | | | None | None | ✔ |
| | | Climate Greens Club | Unspecified | Unspecified | #10 Business plain white | None | | None | None | ✔ |
| | | | Unspecified | Unspecified | #10 Business plain white | None | | None | None | ✔ |