Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 443-1504                                  **OK/HAV**

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEE BRAUN,<br><br>Defendant | Case No.: 2:06-cr-00424 DFL<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:     May 17, 2007<br>Time:    10:00 a.m.<br>Courtroom: Levi |

It is stipulated between the United States Attorney as represented by Ellen Endrizzi, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the hearing in the above entitled case be continued from May 17, 2007 at 10:00 a.m. to June 28, 2007 at 10:00 a.m. in the same courtroom. Defendant's attorney, Philip Cozens, is in trial on a murder case in San Bernardino County and anticipates being finished by the second week in June, 2007. It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on May 17, 2007, but must appear on June 28, 2007. It is further stipulated that time should be excluded from the speedy trial right from May 17, 2007 through and including June 28, 2007 for defense attorney preparation.

Dated this 15th day of May, 2007

/s/ Philip Cozens
Philip Cozens, Attorney for
Defendant Michael Braun

/s/ Ellen Endrizzi
Ellen Endrizzi, Assistant United States Attorney

STIPULATION AND ORDER - BRAUN - 1

## ORDER

The Court, having read and considered the Stipulation to Continue Hearing to June 28, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from May 17, 2007 at 10:00 a.m. to June 28, 2007 at 10:00 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on May 17, 2007, but must appear on June 28 , 2007; and

3) time will be excluded for defense preparation until June 28, 2007.

Dated: May 17, 2007

/s/ David F. Levi
Hon. DAVID F. LEVI
UNITED STATES DISTRICT JUDGE