Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:06-CR-0424 DLJ |
| Plaintiff, | ) ) STIPULATION AND ORDER |
| vs. | ) ) |
| MICHAEL LEE BRAUN, | ) ) |
| Defendant | ) ) |

It is HEREBY stipulated between the United States Attorney as represented by Ellen Endrizzi, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the defendant's pre-trial release conditions should be amended as follows to comply with the Adam Walsh Act.  Specifically, at the request of the Pre-trial Services Officer, and with the agreement of the parties, the pre-trial release conditions should be amended to include the following language:

**"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

**CURFEW:  You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer."**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 18, 2007

Respectfully submitted,
McGREGOR W. SCOTT
U.S. Attorney

/s/ Ellen Endrizzi

ELLEN ENDRIZZI
Assistant U.S. Attorney

Dated: December 18, 2007

/s/ Philip Cozens

PHILIP COZENS
Attorney for Michael Braun

_____

**ORDER**

**IT IS HEREBY ORDERED:**        That the defendant's conditions of pretrial release shall be

amended to include the following language:

"You shall participate in the following home confinement program components and abide

by all the requirements of the program, which will include electronic monitoring.

CURFEW:  You are restricted to your residence everyday from 10pm to 6 am as directed

by the Pretrial Services Officer."

Dated: 12/18/2007

/s/ D. Lowell Jensen_____
D. LOWELL JENSEN
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com