**FILED**

MAR 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

MICHAEL LEE BRAUN,

       Defendant.
_____/

REASSIGNMENT ORDER

2:06-cr-424-DLJ

       Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings. Henceforth, the caption on documents filed in this reassigned case shall be shown as 2:06-cr-424-EJG.

       IT IS FURTHER ORDERED that all dates presently set before Judge Jensen be vacated from his calendar. The trial confirmation hearing is reset before Judge Garcia on Friday, April 4, 2008 at 10:00 a.m. Jury trial is reset before Judge Garcia on Monday, April 21, 2008 at 9:00 a.m.

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases

1 | to compensate for this reassignment.
2 | IT IS SO ORDERED.
3 | Dated:   March 7, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

DATED: March 12, 2008

_____
EDWARD J. GARICA
Senior Judge, United States
District Court