1    Philip Cozens SBN# 854051
     LAW OFFICE OF PHILIP COZENS
2    1007 Seventh Street, Suite 500
     Sacramento, CA  95814
3
     Telephone:  (916) 443-1504
4    Fax:  (916) 443-1511
5    Attorney for Defendant
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,        )    Case No.: 2:06-CR-0424 EJC
                                      )
12               Plaintiff,           )    ORDER REGARDING APPLICATION TO
                                      )    PRESENT LIVE TESTIMONY AT
13        vs.                         )    SENTENCING HEARING AND
                                      )    DECLARATION OF PHILIP COZENS IN
14   MICHAEL LEE BRAUN,               )    SUPPORT OF SUCH APPLICATION
                                      )
15               Defendant            )
     _____)
16
17        The court, having read and considered the Application to Present Live Testimony at the
18   Sentencing Hearing and the Declaration of Philip Cozens in Support of Such Application, and
19   finding good cause therefore, hereby grants such Application and will allow an hour and one-half
20   for such testimony and sentencing hearing.  The court further schedules such hearing for the
21   following date: _____, 2008 at _____ __.m. in Courtroom _____.
22
23
24   Dated: _____          _____
25                                         Edward J. Garcia
                                           Senior Judge
26                                         United States District Court
                                           Eastern District of California
27
28