MEREDITH RICHARDS
Marriage and Family Therapist
License # MFC 38029

9157 Lakemont Dr.
Elk Grove, CA 95624
916-215-8041

Phil Cozens
1001 6th St., #400
Sacramento, CA 95814

November 30, 2006

Dear Mr. Cozens,

Michael Braun signed an Authorization to Release Confidential Information and requested that I communicate with you regarding his psychotherapy sessions with me.

Mr. Braun and I met on the following dates: October 10, 13, 17, 20, 24, and November 1 and 27. His Employee Assistance Program has authorized one more session to occur before the end of December.

Michael is punctual and brings to each session notes to share with me regarding his Chemical Dependency Intensive Outpatient Program, his Alcoholics Anonymous meetings, his psychiatrist appointments, his meetings with you and his bailment officer, his check-ins with his boss, and all of the other steps he is taking to effectively deal with his legal predicament. I have been impressed by his open willingness to make calls to numerous individuals and entities in an attempt to find help for his situation, because of the humiliation he must have experienced when having to repeatedly explain how he had broken the law. I think this speaks to the strength of his character.

Mr. Braun appears to be an extremely conscientious person who is concerned with doing what is right and proper. He freely admits that he must take responsibility for his actions, and seems to be doing everything possible to right the wrongs he has committed and to improve his ability to function effectively and appropriately in the world.

Michael reported to me on November 27th that at that point, he was two days shy of achieving two months of sobriety. Per his report, he stopped drinking 'cold turkey,' without any relapses, which is an amazing accomplishment and a testament to his desire to improve his life. He reports that he is taking his medication as prescribed, and his depression has lifted considerably.

Michael has repeatedly spoken of his desire to return to work, and of how fulfilling his work is to him. In the event that he goes to prison, he's concerned about how difficult it will be for him to find meaningful employment after having been incarcerated.

Mr. Braun presents as someone who is absolutely *not* a danger to society. He has presented no evidence to me that he ever intended to actually harm anyone or was ever an actual threat to the president or to anyone else. It appears to me that Michael's drinking and letter-writing

have served to mask an inability to relate to people in a meaningful way, and an inability to make his needs and wants known to others close to him. Michael reports that in the past, when he attempted to let others know that he was depressed and feeling emotionally unstable, he suffered significant negative consequences. This served only to reinforce his belief that it is not safe to reach out to others.

His current legal problems have perhaps been a blessing in disguise for Michael, in that he's learned that others *can* be trusted and *will* offer him help when he needs it. In my opinion, based on my interactions with Michael, sending him to prison would be a waste of his talents and resources, as well as a waste of taxpayer money and resources. Continued psychotherapy would benefit Michael and the community on Michael's behalf, not incarceration. He is highly educated, and apparently extremely intelligent. He has much to continue to offer society, and he actively *wants* to continue to contribute in a meaningful way. My belief is that without the negative and destructive influences of alcohol and major depression, Michael can and will be an upstanding, law-abiding citizen whom this community would be proud to count among its members.

Sincerely,

Meredith Richards, MFT

**Sierra Vista Hospital**
JCAHO Accredited

Member:
California Association of Hospital & Healthcare Systems
National Association of Psychiatric Health Systems
Federation of American Health Systems

December 7, 2006

Steven J. Sheehan
U.S. Pretrial Services Officer
501 I Street
Suite 2-400
Sacramento CA 95814

Re: Michael Braun

Dear Mr. Sheehan,

   Please be advised that Mr. Braun has successfully completed the Chemical Dependency Intensive Outpatient Program (CDIOP) on 12/05/06. He has been treated for both Alcohol Dependence and for Major Depression. He completed all of his treatment goals for both problems. He will be following A structured aftercare plan which includes the following components:

- AA meeting at least 3 times a week and work 12 steps with sponsor
- Attend Aftercare group weekly for at least one year
- Continue to see psychiatrist regularly
- Continue regular psychotherapy
- No alcohol use.

   Mr. Braun's progress has been remarkable. He has accepted his alcoholism and his depression and has made a positive decision to work a program of recovery from both problems. He has been sober. His mood and mental status have improved in significant ways. It is clear that he had been depressed for a long time, with all the degenerative mental and cognitive problems associated with both depression and alcohol dependence. As long as he is working a program of recovery, Mr. Braun does not present any danger to society.

8001 Bruceville Road • Sacramento, CA 95823 • Phone 916.423.2000 • Fax 916.689.5517 • www.sierravistahospital.com

Sierra Vista Hospital
JCAHO Accredited

ber:
California Association of Hospital & Healthcare Systems
National Association of Psychiatric Health Systems
Federation of American Health Systems

December, 7 2006

Page 2

Please feel free to contact me if you need more information.

Sincerely,

Jeffrey A. Henigan, CADCII
Program Supervisor

Cc: Philip Cozens
    Robert G. Jones

8001 Bruceville Road • Sacramento, CA 95823 • Phone 916.423.2000 • Fax 916.689.5517 • www.sierravistahospital.com