IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-06-0424 EJG

    v.                ORDER DENYING APPLICATION TO
PRESENT LIVE TESTIMONY AT
MICHAEL LEE BRAUN,       SENTENCING HEARING

        Defendant.
_____/

    Before the court is defendant's application to present live testimony from a forensic psychiatrist, Dr. Alfred French, and from himself at his sentencing hearing, currently scheduled for June 20, 2008.  For the reasons stated below, the application is DENIED.

    Dr. French submitted a lengthy 38-page written report of the results of his January 2008 evaluation of defendant.  His examination consisted of a two hour and twenty minute interview of defendant and the doctor's review of the FBI case agent's investigation report.  The doctor's opinions and conclusions are stated throughout his report.  A copy of Dr. French's report is

1

attached to the Presentence Investigation Report.  Examination and cross-examination of Dr. French at the sentencing hearing would be cumulative and unnecessary, as the doctor's views are fully considered by the probation officer in the presentence investigation report.  In addition, the court has also read and considered the doctor's report.

    Defendant's request to testify as a witness at the sentencing hearing is also denied.  No caselaw, statutory authority or rule is cited for such a procedure, nor a reason for the request.  Defendant will of course be accorded his full rights to allocute at the sentencing hearing, pursuant to Federal Rule of Criminal Procedure 32(i)(4)(A)(ii).

    IT IS SO ORDERED.

Dated: June 19, 2008

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA, JUDGE
                        UNITED STATES DISTRICT COURT