Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
**MAR 19 2012**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Michael Lee BRAUN |
| **Docket Number:** | 2:06CR00424-01 |
| **Offender Address:** | Elk Grove, California |
| **Judicial Officer:** | Honorable Edward J. Garcia<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/20/2008 |
| **Original Offense:** | 18 USC 871(a) - Threat Against the President (Count 1)<br>18 USC 1038(a)(1)(A) - False Information and Hoax (Counts 2 and 3)<br>18 USC 876(c) - Threatening Communication (Count 10)<br>(CLASS C FELONIES) |
| **Original Sentence:** | 51 months custody Bureau of Prisons as to each count, to be served concurrently; 36 months Supervised Release as to each count, to be served concurrently; $41,715.39 Restitution; $10,000 Fine; $400 Special Assessment |
| **Special Conditions:** | 1) Submit to search; 2) Drug/alcohol correctional treatment; 3) Drug/alcohol testing; 4) Mental health treatment; 5) Co-payment for treatment/testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/24/2012 |
| **Assistant U.S. Attorney:** | Ellen V. Endrizzi       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Phillip Cozens<br>(Retained)       **Telephone:** (916) 443-1504 |
| **Other Court Action:** | None |

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE: Michael Lee BRAUN
Docket Number: 2:06CR00424-01
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

6. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** The defendant has a history of alcohol abuse. He admitted in the presentence report and during the initial probation interview that alcohol has caused problems in his life. He went on to report daily consumption to the point of intoxication every other day. A special condition prohibiting the defendant from consuming alcohol could only assist him in a successful adjustment back into the community. The defendant is in agreement with this modification request and a signed waiver is on file.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**
Telephone: (916) 683-3323

**DATED:** March 13, 2012
Elk Grove, California
KMM/cj


**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

RE: Michael Lee BRAUN
Docket Number: 2:06CR00424-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(✓) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

_____3/16/12_____　　　　　　　　_____[signature]_____
　　　Date　　　　　　　　　　　　**Signature of Judicial Officer**

cc:　United States Probation
　　Ellen V. Endrizzi, Assistant United States Attorney
　　Phillip Cozens, Defense Counsel
　　1007 7th Street, Suite 500
　　Sacramento, California 95814
　　Defendant
　　Court File