BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06CR00424-EJG |
|---|---|
| Plaintiff, | **RELEASE OF LIEN FOR FINE/RESTITUTION** |
| v. | |
| Michael Braun, | |
| SSN: ***-**-6617 | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are instructed to enter a Release of Lien For Fine/Restitution. A Notice of Lien For Fine/Restitution was entered by the Recorder of El Dorado County, Document # 2015-90021201-00, Nbr-0001681776 on May 15, 2015. The Notice of Lien For Fine/Restitution is hereby acknowledged as released as to Defendant Michael Braun.

DATED: 31 July, 2015

BENJAMIN B. WAGNER
United States Attorney

BY: /s/ K.A. Didier
KURT A. DIDIER
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION